FILED

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

OCT 1 4 1999

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
          DEPUTY CLERK

| | |
|---|---|
| SOUTHWEST RESEARCH INSTITUTE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | Civil Action No. 5-98-CA-1097-EP |
| ) | |
| JOSEPH CANELLIS, ) | |
| ) | |
| Defendant. ) | |

**ORDER FOR SETTLEMENT PAPERS**

On this date the Court considered the status of the above-numbered and styled cause. In a recent telephone conversation, counsel for one of the parties represented to the Court that this matter has been settled. Therefore, the Court will order that the parties submit, within fourteen days from the date of this Order, papers announcing settlement and requesting that this matter be dismissed, or that the parties otherwise show cause why Court-imposed deadlines have not been met.

ACCORDINGLY, it is ORDERED that the parties submit settlement papers within fourteen days from the date of this Order or show cause why the parties have not complied with deadlines under the Scheduling Order and/or Court orders.

SIGNED and ENTERED this 13th day of Oct, 1999.

EDWARD C. PRADO
UNITED STATES DISTRICT JUDGE

