IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SOUTHWEST RESEARCH INSTITUTE, SOUTHWEST RESEARCH INSTITUTE VOLUNTARY EMPLOYEES' BENEFICIARY ASSOCIATION, AND EMPLOYERS' HEALTH CARE EXPENSE BENEFIT PLAN<br><br>vs.<br><br>JOSEPH CANELLIS, PRESTON DWAYNE JENNINGS | Civil Action No. SA-98-CV-1097-EP |

## ORDER

On this 26th day of October, 1999, the Court considered the Stipulation of Dismissal.

After considering the Stipulation of Dismissal, the Court GRANTS said Stipulation of Dismissal with prejudice.

SIGNED this 26th day of October, 1999.

EDWARD C. PRADO
UNITED STATES DISTRICT JUDGE

256365.01